IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SUZANNE STEINBACH, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:19-cv-04176-NKL |
| MAXION WHEELS SEDALIA LLC, | ) |
| Defendant. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Maxion Wheels Sedalia LLC, by and through the undersigned counsel, hereby submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and U.S. District Court for the Western District of Missouri Local Rule 7.1:

1. Maxion Wheels Sedalia LLC is a limited liability company organized under the laws of the state of Delaware.

2. The sole member of Maxion Wheels Sedalia LLC is Maxion Wheels U.S.A. LLC, which is a Delaware limited liability company.

3. The sole member of Maxion Wheels U.S.A. LLC is Maxion Wheels, which is a Delaware corporation.

4. Maxion Wheels' sole stockholder is Iochpe Holdings, LLC, which is a Delaware limited liability company.

5. The sole member of Iochpe Holdings, LLC is Iochpe-Maxion S.A., is a publicly traded company registered with the Board of Trade of the State of Sao Paulo, Brazil, and no single stockholder holds over 10% of its stock.

Respectfully submitted,

/s/ *J. Randall Coffey*

J. Randall Coffey, MO Bar No. 35070
Samantha J. Monsees, MO Bar No. 65545
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: rcoffey@fisherphillips.com
Email: smonsees@fisherphillips.com

ATTORNEYS FOR DEFENDANT
MAXION WHEELS SEDALIA LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2019, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF System, which will automatically send notice of the filing to the following:

> Kirk Rahm, office@rahmlaw.com
> Gayle McVay
> Cristina Olson
> RAHM, RAHM & MCVAY, P.C.
> 511 Foster Lane
> Warrensburg, MO 64093
> Phone: 660.747.5152
> Facsimile: 660.747.1242

*Attorneys for Plaintiff Suzanne Steinbach*

/s/ *J. Randall Coffey*
Attorney for Defendant