IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SUZANNE STEINBACH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-04176-CV-C-NKL |
| MAXION WHEELS SEDALIA LLC, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE OF
PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT**

I hereby certify that a true and correct copy of Plaintiff's First Interrogatories to Maxion Wheels Sedalia LLC and Plaintiff's First Request for Production to Maxion Wheels Sedalia LLC were served via email on the 10th day of January, 2020, via email to J. Randall Coffey, rcoffey@fisherphillips.com, and to Samantha J. Monsees, smonsees@fisherphillips.com, and were sent to be mailed via First-Class U.S. Mail to Mr. Coffey and to Ms. Monsees at Fisher & Phillips LLP, 4900 Main Street, Suite 650, Kansas City, MO 64112.

Respectfully submitted,

  /s/ Kirk Rahm
KIRK RAHM    #22530
RAHM, RAHM & MCVAY, P.C.
511 Foster Lane
Warrensburg, MO  64093
Phone: (660) 747-5152
Fax: (660) 747-1242
Email:  office@rahmlaw.com
ATTORNEYS FOR PLAINTIFF

**Certificate of Service**

I hereby certify that on the 10th day of January 2020, the foregoing was emailed to counsel for Defendant.

Respectfully submitted

/s/ Kirk Rahm
Attorneys for Plaintiff