# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SUZANNE STEINBACH,<br><br>        Plaintiff,<br><br>v.<br><br>MAXION WHEELS SEDALIA LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)    CASE NO.: 2:19-cv-04176-NKL<br>)<br>) |

## ENTRY OF APPEARANCE

James C. Sullivan of the law firm Fisher & Phillips LLP hereby enters his appearance on behalf of Defendant Maxion Wheels Sedalia LLC.

                             */s/ James C. Sullivan*
                             J. Randall Coffey    MO Bar No. 35070
                             James C. Sullivan    MO Bar No. 38318
                             **FISHER & PHILLIPS LLP**
                             4900 Main Street, Suite 650
                             Kansas City, MO 64112
                             TEL: (816) 842-8770
                             FAX: (816) 842-8767
                             Email:

                             ATTORNEY FOR DEFENDANT
                             MAXION WHEELS SEDALIA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2020, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF System, which will automatically send notice of the filing to the following:

Kirk Rahm
Gayle McVay
Cristina Olson
RAHM, RAHM & MCVAY, P.C.
511 Foster Lane
Warrensburg, MO 64093

Martin M. Meyers
THE MEYERS LAW FIRM, LC
4435 Main Street, Suite 503
Kansas City, MO 64111

*Attorneys for Plaintiff Suzanne Steinbach*

/s/ *James C. Sullivan*
Attorney for Defendant