**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

SUZANNE STEINBACH,                   )
                                     )
            Plaintiff,           )
                                     )
v.                                   )          CASE NO.:  2:19-cv-04176-NKL
                                     )
MAXION WHEELS SEDALIA LLC,           )
                                     )
            Defendant.           )
                                     )

## <u>MEMO ON PRETRIAL CONFERENCE</u>

Plaintiff Suzanne Steinbach and Defendant Maxion Wheels Sedalia LLC hereby submit this Memo on Pretrial Conference:

**I.      Pretrial Conference Setting**

Pursuant to Fed. R. Civ. P. 16, an initial pretrial conference will be held in the above-captioned matter on September 3, 2020, at 11:00 a.m.

**II.     Counsel**

The following counsel will appear at the pretrial conference and will try the case:

    A.      For Plaintiff:

        Kirk Rahm
        RAHM, RAHM & MCVAY, P.C.
        511 Foster Lane
        Warrensburg, MO 64093
        Phone:  660.747.5152
        Facsimile:  660.747.1242
        Email:  kirk@rhamlaw.com

        Martin M. Meyers
        THE MEYERS LAW FIRM, LC
        4435 Main Street, Suite 503
        Kansas City, MO 64111
        Phone:  86.444.8500
        Facsimile:  816.444.8508
        Email:  mmeyers@meyerslaw.com

B.    For Defendant:

      J. Randall Coffey
      James C. Sullivan
      FISHER & PHILLIPS LLP
      4900 Main Street, Suite 650
      Kansas City, MO 64112
      TEL:  (816) 842-8770
      FAX:  (816) 842-8767
      Email:  rcoffey@fisherphillips.com
               jsullivan@fisherphillips.com

## III.    Statement of the Case

The parties agree upon the following background statement for presentation to the jury pool at voir dire:

Plaintiff Suzanne Steinbach was formerly a resident of Sedalia, Missouri and was employed by Defendant Maxion Wheels Sedalia, LLC. Defendant Maxion Wheels maintains its manufacturing facility in Sedalia, Missouri where it manufactures and supplies Original Equipment Manufacturers or "OEMs" with both steel and aluminum wheels. Plaintiff claims that Defendant retaliated against her for filing a charge of discrimination with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission. Defendant denies Plaintiff's claims and contends that its decisions regarding Plaintiff's employment were made for legitimate business reasons.

## IV.    Stipulation of Facts

The parties stipulate to the following facts:

2

1.      Plaintiff Suzanne Steinbach is a female who formerly lived in Sedalia, Missouri. When she filed her complaint in this matter, Plaintiff was a citizen of Illinois, and she is currently a resident of Illinois.

2.      Defendant Maxion Wheels Sedalia, LLC is a Delaware limited liability company. Defendant is a single member LLC. Maxion Wheels USA LLC is that member and is likewise a single member, Delaware limited liability company. Maxion Wheels Inc. is the single member of Maxion Wheels USA LLC and is a Delaware corporation with its principal place of business in Novi, Michigan.

3.      The parties agree that this Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1332.

4.      On October 25, 2018, Plaintiff filed a charge of discrimination with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission alleging that Defendant retaliated against her for filing her February 2, 2018 charge of discrimination.

5.      Plaintiff's October 25, 2018 charge of discrimination was timely filed and exhausted her administrative remedies as to her claim in this case that Defendant retaliated against her for filing her February 2, 2018 charge of discrimination.

## V.      Exhibits

### A.  Plaintiff's Exhibit List

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---------|-------------|------------|------------|------|-------|------|
| 500 | Employee Handbook | MW 000823-825 | | A | | |
| 501 | Suzie's text to Theresa about Mark Balch | MW 001772-1780 | | C – 402, 403, 802 | | |
| 502 | End of shift production report | MW 000165-166 | | B - 402 | | |
| 503 | Graph of repair work | MW 001059-1062 | | B | | |

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 504 | Mids Daily Rework from October 3, 2016 to November 1, 2017 given to Dr. Ellefsen | P0665-670 | | B - 402 | | |
| 505 | All Purpose Change Form - Operations, showing Suzie moved to afternoon shift | MW 000243 | | A | | |
| 506 | Rework activity report | MW 001063-1068 | | C - 402, incomplete | | |
| 507 | Steinbach deposition pp. 137-138 | | | C – 402, FRCP 32 | | |
| 508 | Manning Sheets | MW 001792-1832 | | A | | |
| 509 | Downtime by line report | MW 001723-1752 | | B – 402, 403 | | |
| 510 | Employee Classification Profile - Rework Coordinator - Matthew Diederich | MW 001693-1733 | | A | | |
| 511 | Emloyee Classification Profile with no name - Rework (?) | MW 000633-642 | | C - incomplete | | |
| 512 | Employee Classification Profile - Rework Coordinator - Suzanne Steinbach | MW 000093-118 | | C - incomplete | | |
| 513 | Employee Classification Profile - Manufacturing Attendant - Suzanne Steinbach | MW 000055-69 | | B – 402, 403 | | |
| 514 | Employee Classification Profile - Manufacturing Attendant - Suzanne Steinbach | MW 000012-13 | | B – 402, 403 | | |
| 515 | Employee Classification Profile - Manufacturing Controller - Suzanne Steinbach | MW 000070-87 | | B – 402, 403 | | |
| 516 | Employee Classification Profile - Rework Coordinator - Suzanne Steinbach | MW 000088-92 | | B – 402, 403 | | |
| 517 | Emails, Dixon and Wessing re Suzanne's job description and physical demands | MW 000603-616 | | B – 402, 403 | | |

4

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 518 | Training Matrix | MW 001680-1692 | | B – 402, 403 | | |
| 519 | Email Dixon to Thomas, Angle re Suzanne Steinbach and her condition, staying off work, etc. | MW 001676 | | B – 402, 403 | | |
| 520 | Email Dixon to Thomas, Angle re Suzanne Steinbach and her condition, staying off work, etc. | MW 001770 | | C- HEARSAY | | |
| 521 | Petition in Pettis County Court, Case  19PT-CC00089 | | | B – 402, 403, 802 | | |
| 522 | Answer - federal court 2:19-CV-04176-NKL | | | B – 402, 403, 802 | | |
| 523 | Email Dixon, Angle, Patton, Thomas about 0.5 points left before termination; get warning letter ready | MW 001767 | | C - incomplete | | |
| 524 | Email from Dixon re Suzie's last approved leave day | MW 001771 | | B – 402, 403 | | |
| 525 | Email about Suzie's points at 8.5 | MW 001768-1769 | | C - incomplete | | |
| 526 | Second Amended Notice of Deposition of Designated Representative of Defendant | | | B – 402, 403, 802 | | |
| 527 | Sexual Harassment Training for Supervisors | MW 001835-1871 | | A | | |
| 528 | MW Employee Handbook | MW 000818-858 | | A | | |
| 529 | Patton email re HR Forum/Training | MW 001830 | | A | | |
| 530 | Employee Classification Profile - Rework Coordinator - Suzanne Steinbach | MW 000088-120 | | B – 402, 403 | | |
| 531 | MW Lines Running June 2018 | | | B – 402, 403 | | |
| 532 | FMLA paperwork from Dr. Ellefsen and emails | MW 000665-667, 001676, | | C-MIL#3, contains | | |

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| | between Dixon and Wessing, emails between Dixon and Sandra Ellefsen | 000693, 702-703, 707-709 | | multiple documents | | |
| 533 | Standard Operators Instructions re spear gun | MW 001789-1791 | | B – 402, 403 | | |
| 534 | List of employees in finishing department | | | B – 402, 403 | | |
| 535 | Position Qualification Matrix (letter size) | MW 001680-1692 | | B – 402, 403 | | |
| 535-A | Position Qualification Matrix (legal size) | MW 001680-1692 | | B – 402, 403 | | |
| 536 | June 2018 Rework by 3rd shift | MW 001833 | | B – 402, 403 | | |
| 537 | Defendant's Responses to Plaintiff's First Interrogatories | | | C – 402, 403, incomplete w/out supp. resp. | | |
| 538 | Standard Operator Instructions | MW 000871-877 | | B – 402, 403 | | |
| 539 | Daily reports relating to the spear gun or conveyor (first case) | MW 001506, 1531, 1571 | | B – 402, 403 | | |
| 540 | Manning Sheets for MIDS production | MW 001482-1603 | | B – 402, 403 | | |
| 541 | One page from Suzie's Employee Classification Profile showing spearing task on other jobs, not on rework coordinator | MW 000117 | | C – 402, 403, incomplete | | |
| 542 | Rework coordinator job posting | MW 000986 | | B – 402, 403 | | |
| 543 | Picture of a posted safety guide describing spiders/rims breaks | P1058 | | C – 402, 403, 901 | | |
| 544 | Interrogatory answers from state case | | | B – 402, 403 | | |
| 545 | Email from Dixon to Thomas, Angle, Patton, Westerdale re Suzie's FMLA paperwork | MW 000383 | | B – 402, 403 | | |
| 546 | Dixon and Angle emails re Suzie being taken off work | MW 001756 | | B – 402, 403 | | |
| 547 | Property Pass Forms | P1278-1284 | | B – 402, 403 | | |

6

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 548 | Email from De. Ellefsen's assistant Whitney Wessing | P1253 | | C - MIL#3 | | |
| 549 | Formal letter from Dr. Ellefsen stating that it was not work related | P1255 | | C - MIL#3 | | |
| 550 | Turnstyle report | MW 000274-280 | | B – 402, 403 | | |
| 551 | Note from Dr. Ellefsen re Suzie off until 6-26-18 | MW 001678 | | B – 402, 403 | | |
| 552 | Email Dixon to Suzie re thank you for your doctor's note | MW 001677 | | B – 402, 403 | | |
| 553 | Email Dixon to Suzie re I tried calling you | MW 001679 | | B – 402, 403 | | |
| 554 | Dixon to Suzie re a doctor's note is needed | P1473 | | B – 402, 403 | | |
| 555 | Drawing of S14-S15 general locations and layout | | | C - 901 | | |
| 556 | Email from Jeffries to Patton re Suzie's revealing top | MW 000159 | | C-MIL#7 | | |
| 557 | Texts between Patton and Suzie | P0314-321 | | B – 402, 403 | | |
| 558 | Angle to Patton re rework info in September 2017 | MW 001616 | | B  – 402, 403 | | |
| 559 | Handwritten list of witnesses in the Balch investigation | MXION WHEELS 001004 | | B – 402, 403 | | |
| 560 | Operations Staffing shows two welders on afternoons | MW 001607-1608 | | B – 402, 403 | | |
| 561 | Maxion responses to 1st RFPD | | | B – 402, 403 | | |
| 562 | Standards of Conduct Procedure | MW 000859-862 | | B – 402, 403 | | |
| 563 | Statement from Oswald re Suzanne Steinbach and Mark Balch | MW 001003 | | C – 402, 403, 802 | | |
| 564 | Satement from Robert Smith re Balch | MW 001007 | | C – 402, 403, 802 | | |
| 565 | Steinbach October time card | MW 000309 | | B – 402, 403 | | |

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 566 | Petition in Pettis County Court, Case 18PT-CC00253 | | | C MIL#5, 402, 403 | | |
| 567 | Answer in Pettis County Court, Case 18PT-CC00253 | | | C MIL#5, 402, 403 | | |
| 568 | Britta Rook statement | MW 001009 | | C – 402, 403, 802 | | |
| 569 | Exit Test Job Disqualification (non-medical) | MW 000942-943 | | B – 402, 403 | | |
| 570 | Dixon email re Suzie approved for FMLA, off work through 4-25-18 | MW 001760 | | C MIL#4 | | |
| 571 | Afternoon shift to midnights and days passdown sent to MIDS | MW 001872-1896 | | B – 402, 403 | | |
| 572 | Defendant's Supplemental Response to Plaintiff's Interrogatory No.2 | | | A | | |
| 573 | Defendant's Responses to Plaintiff's First Request for Production | | | B – 402, 403 | | |
| 574 | Thomas to "team" re days out of plant and who will be in charge while he is out | MW 001897 | | B – 402, 403 | | |
| 575 | Man Power | MW 001606-1620 | | B – 402, 403, contains multiple documents | | |
| 576 | Suzie's text to Ralph re issue with left foot, not coming into work. | | | B – 402, 403 | | |
| 577 | Suzie's text to Theresa re she's supposed to be on fluff and buff | | | B – 402, 403 | | |
| 578 | Steinbach Performance Review | P0129-130 | | A | | |
| 579 | Steinbach MCHR Charge of Discrimination | P0010-15 | | B – 402, 403 | | |
| 580 | Defendant's Position Statement to MCHR | P0042-52 | | B – 402, 403 | | |
| 581 | Picking Ticket for gloves | MW 001664 | | B – 402, 403 | | |

8

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---------|-------------|------------|------------|------|-------|------|
| 582 | Several emails re changes to manpower | MW 001606-1620 | | B– 402, 403, contains multiple documents | | |
| 583 | Thomas, Angle, Sherman emails re Suzie's statement re dental work | MW 000352-356 | | C MIL#3, 402, 403 | | |
| 584 | 8D Report re incident | P0133 | | C MIL#3 | | |
| 585 | Statements from employees re Mark Balch | MW 001003-1009 | | B – 402, 403, 802 | | |
| 586 | Beck Job History | P0079 | | B – 402, 403 | | |
| 587 | Aric Belzer Job History | P0078 | | B – 402, 403 | | |
| 588 | Emails re manpower moves Monday 10/30 | MW 001619-1620 | | B – 402, 403 | | |
| 589 | Defendant's Responses to Plaintiff's First Request for Production | | | B – 402, 403 | | |
| 590 | Defendant's Responses to Plaintiff's First Interrogatories | | | B – 402, 403 | | |
| 591 | Change form - demoted to rework effective 10/3/16 | MW 000171 | | B – 402, 403 | | |
| 592 | Clicker and tally sheets | P1081-1083 | | C – 402, 403, 901 | | |
| 593 | Controller Exit Test August 2016 | MW 000161-162 | | B – 402, 403 | | |
| 594 | Controller Exit Test July 2016 | MW 000154-155 | | B – 402, 403 | | |
| 595 | Jeffries to Patton re Suzie moving to Afts | MW 000159 | | B – 402, 403 | | |
| 596 | Emails re layoffs | MW 001606-1613 | | B – 402, 403 | | |
| 597 | Emails re manpower changes in October 2017 | MW 001614-1620 | | A | | |
| 598 | Westerdale email re Belzer moving to afts. | MW 000979 | | B – 402, 403 | | |
| 599 | Emails about conference call with Dr. Ellefsen | MW 000603-606 | | C MIL#3 | | |

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 600 | Email from Patton re Suzie's dad | P0671 | | C MIL#3 | | |
| 601 | Email from Angle re Suzie's exit test | MW 000164-170 | | B – 402, 403 | | |
| 602 | Inventory List showing gloves | MW 001668 | | C - incomplete | | |
| 603 | Invoice showing gloves | MW 001664 | | B – 402, 403 | | |
| 604 | Photos of Locker | P0984-987 | | C – 402, 403, 901 | | |
| 605 | Manning sheets showing spiders-rims assignment | P1144-1148 | | B – 402, 403 | | |
| 606 | Suzie's Performance Review May 9 to July 2016 | P1161-1163 | | A | | |
| 607 | Suzie's Pay Raise on 8/6/16 | MW 000160 | | A | | |
| 608 | Rework from November 2017 | MW 001131, 1168-1171, 1226-1229, 1270, 1339-1343, 1443-1447 | | C – 402, 403, incomplete | | |
| 609 | Rework from September 2017 | MW 001129-30, 001166, 001218-1222, 1267-1268, 1332-1335, 1435-1438 | | C – 402, 403, incomplete | | |
| 610 | Westerdale email re Manpower hires and moves | MW 0001615 | | B – 402, 403 | | |
| 611 | Kenny Angle to Theresa Patton re rework info | MW 001616 | | B – 402, 403 | | |
| 612 | Westerdale email re Monday Manpower moves | MW 001617 | | B – 402, 403 | | |
| 613 | Westerdale email re Manpower moves | MW 001618 | | B – 402, 403 | | |
| 614 | Reword from September 2017 | MW 001129-30, 001166, 001218-1222, 1267-1268, 1332-1335, 1435-1438 | | A | | |

10

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 615 | Westerdaly email re Manpower Moves 10/30 | MW 001620 | | B – 402, 403 | | |
| 616 | Handwritten note of incident with tooth | MW 000354 | | C MIL#3, 402, 403 | | |
| 617 | Note re Dixon called for appointment for Suzie for evaluation of right hand, has a second job/hobby | P0664 | | C MIL#3, 402, 403, 901 | | |
| 618 | Patton email re conversation re her dad and welding | P0671 | | B – 402, 403 | | |
| 619 | Estes hire form | MAXION ESTES 000032 | | B – 402, 403 | | |
| 620 | Mike Lewis Counseling Documentation | MW 000993 | | B – 402, 403 | | |
| 621 | Estes Exit Test | MAXION ESTES 000101-102 | | B – 402, 403 | | |
| 622 | Kayla email re exit test retest | MW 000163 | | B – 402, 403 | | |
| 623 | Flux welder receipt | P1642-1643 | | C – 402, 403, 901 | | |
| 624 | Estes Exit Test | MAXION ESTES 000131-1132 | | B – 402, 403 | | |
| 625 | Spider Hanger exit test record | MW 000184-185 | | B – 402, 403 | | |
| 626 | Kayla email re Gennetten hired for August 28 | MW 000959 | | B – 402, 403 | | |
| 627 | Suzie self evaluation | MW 000191-192 | | B – 402, 403 | | |
| 628 | Balch Counseling Documentation | MW 001010 | | B – 402, 403 | | |
| 629 | Controller job posting 3 positions | MW 000945-947 | | B – 402, 403 | | |
| 630 | Multiple applications for controller | MW 000987-988 | | B – 402, 403 | | |
| 631 | X-ray reports on shoulder and hand | P0706-707 | | C MIL#3, 402, 403, 901 | | |
| 632 | Suzie's return to work as of 10/9/17 | MW 000358 | | B – 402, 403 | | |

FP 38428461.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 633 | Kayla re Gennetten bid for controller | MW 001053 | | B – 402, 403 | | |
| 634 | Balch Leaving Notice gross misconduct | MW 001011 | | B – 402, 403 | | |
| 635 | Spider Rims Log | P1035 | | C- – 402, 403, 901 | | |
| 636 | List of terminated employees including Lewis | MW 001663 | | B – 402, 403 | | |
| 637 | FB message with Dave spiders and rims all night | P0376 | | C – 402, 403, 901 | | |
| 638 | Gennetten promotion | MW 001053 | | B – 402, 403 | | |
| 639 | Urgent Care FMLA form | MW 000359-361 | | B – 402, 403 | | |
| 640 | FB message with Dave - Even helping the inspectors | P0368 | | C – 402, 403, 901 | | |
| 641 | Dixon email re Suzie off another 8 weeks, STD extension pending | MW 001763 | | C MIL#4 | | |
| 642 | Controller job posting 3 positions | MW 948-950 | | B – 402, 403 | | |
| 643 | Thomas Beck timesheet | MW 001054 | | B – 402, 403 | | |
| 644 | Aric Belzer job application rework | MW 000985 | | B – 402, 403 | | |
| 645 | Kayla email re Airc Belzer start 11/27 | MW 000976 | | B – 402, 403 | | |
| 646 | Controller job posting | MW 000951-953 | | B – 402, 403 | | |
| 647 | Dr. Ellefsen note | MW 000389-390 | | C MIL#3 | | |
| 648 | Spearing Demonstration 1 | MW 001753 | | C – 402, 403, 901 | | |
| 649 | Emails about Suzie's points | MADXION WHEELS 000385-386 | | B – 402, 403 | | |
| 650 | Suzie's return to work as of 12/11/17 | MW 000388, 384 | | B – 402, 403 | | |
| 651 | Return to work with restrictions | MW 000391 | | B – 402, 403 | | |

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 652 | Email chain including Byron Neal email | MW 000601-602 | | C MIL#3 | | |
| 653 | Thomas Handwritten 8D notes | MW 000648 | | C MIL#3, 402, 403, 901 | | |
| 654 | Emails re injury not work related | MW 000617-618 | | C MIL#3 | | |
| 655 | Handwritten note from Heidi re FMLA paperwork | MW 000619 | | C MIL#3 | | |
| 656 | FMLA certification from Urgent Care | MW 000620-623 | | C MIL#3 | | |
| 657 | FMLA approval from Maxion | MW 000624-625 | | C MIL#3 | | |
| 658 | Spearing Demonstration 2 | MW 001754 | | C– 402, 403, 901 | | |
| 659 | Rework Demonstration | MW 001755 | | C– 402, 403, 901 | | |
| 660 | Voicemail notification from Dr. Ellefsen | MW 000663 | | C MIL#3, 402, 403 | | |
| 661 | Voicemail notification from Dr. Ellefsen | MW 000664 | | C MIL#3, 402, 403 | | |
| 662 | Property Pass for Metal | MW 000817 | | C MIL#3 | | |
| 663 | Thomas Beck exit test - not considered the first | MW 000967-968 | | B – 402, 403 | | |
| 664 | Emails about Suzie FMLA | MW 001758-1759 | | B – 402, 403 | | |
| 665 | Termination of Landon Estes | MAXION ESTES 000163 | | B – 402, 403 | | |
| 666 | FB messages with Antonia | P0345-348 | | C – 402, 403, 901 | | |
| 667 | Operative Report - hands | P0568-570 | | B – 402, 403 | | |
| 668 | Gennetten controller exit test | MW 000960-961 | | B – 402, 403 | | |
| 669 | MCHR Position Statement with all exhibits | MW 001012-1058 | | B – 402, 403 | | |
| 670 | Operative Report - left foot | P0727-0728 | | B – 402, 403 | | |

13

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 671 | Thomas Beck exit test | MW 000969-970 | | B – 402, 403 | | |
| 672 | Dr. Ellefsen return to work no restrictions with sticky note | MW 000673 | | B – 402, 403 | | |
| 673 | Dixon email Suzie will return to work today | MW 001766 | | B – 402, 403 | | |
| 674 | Emails about points and job duties | MW 001767-1769 | | B – 402, 403 | | |
| 675 | Dr. Ellefsen voicemail | MW 001665-FMLA | | C MIL#3, 402, 403, 901 | | |
| 676 | Emails about absences | MW 000675-676 | | B – 402, 403 | | |
| 677 | Email about follow up appointment | MW 000678 | | B – 402, 403 | | |
| 678 | Email from Heidi re leave | MW 001771 | | B – 402, 403 | | |
| 679 | Dr. Ellefsen voicemail | MW 001666-FMLA | | C MIL#3, 402, 403, 901 | | |
| 680 | Email re STD extension | MW 000681 | | C MIL#4 | | |
| 681 | Email re STD extension approval | MW 000682 | | C MIL#4 | | |
| 682 | Email re STD benefit ends August 8 | MW 000683 | | C MIL#4 | | |
| 683 | Email with end of STD letter | MW 000684-688 | | C MIL#4, 402, 403 | | |
| 684 | Email from Heidi - at airport | MW 000696-697 | | C MIL#4 | | |
| 685 | Email from Suzie with Dr Ryan letter | MW 000691-693 | | C MIL#3 | | |
| 686 | Emails about reasonable accommodation | MW 000694-695 | | C MIL#3, 402, 403 | | |
| 687 | Email from Heidi describing risk | MW 000699-701 | | C MIL#3, 402, 403 | | |
| 688 | Email needing Dr. Ryan statement | MW 000710-712 | | C MIL#3 | | |
| 689 | Emails about appointment rescheduled | MW 000716-719 | | B – 402, 403 | | |

14

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 690 | Emails forwarded to Randy Coffey | MW 000720-723 | | B – 402, 403 | | |
| 691 | Email re ineligible for rehire | MW 000249 | | B – 402, 403 | | |
| 692 | Email from Theresa re locker | P0504-506 | | B – 402, 403 | | |
| 693 | Unemployment determination - denied for misconduct | P0915 | | C MIL#3, 402, 403, 901, R.S.Mo. § 288.215 | | |
| 694 | Downtime by line report (first page of Exh. 509 - demonstrative) | | | C – 402, 403, 901 | | |
| 695 | End of shift production report | MW 00500-5096 | | B – 402, 403 | | |
| 696 | Instructions for Hanging Disc | MW 000886-888 | | B – 402, 403 | | |
| 697 | Instructions for Rim Racking | MW 000881-885 | | B – 402, 403 | | |
| 698 | Inventory including gloves | MW 0001621-1626 | | B – 402, 403 | | |
| 699 | Narratives including emails | MW 001898-2048 | | B – 402, 403, contains multiple documents | | |
| 700 | Natural Work Team Leader - Finishing Posting | P2220-2222 | | C – 402, 403, 901 | | |
| 701 | Picture of Grinder | P1085 | | C – 402, 403, 901 | | |
| 702 | Picture with jeans - not produced | | | C – 402, 403, 901 | | |
| 703 | Record Retention Matrix | MW 000889-901 | | B – 402, 403 | | |
| 704 | Rework figures with color graphs | MW 001122-1481 | | B – 402, 403 | | |
| 705 | Suzie picture welding | P2207 | | C – 402, 403, 901 | | |
| 706 | Suzie texts with Bobby | P0322-335 | | C – 402, 403, 901 | | |
| 707 | Suzie texts with Theresa | MW 001772-1788 | | C – 402, 403, 901 | | |

FP 38428384.1

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---------|-------------|------------|------------|------|-------|------|
| 708 | Suzie texts with Theresa | P0311-321 | | C – 402, 403, 901 | | |
| 709 | Voicemail to Theresa from Karey | MW 001667 | | C – HEARSAY, 402, 403, 802, 901 | | |
| 710 | Picture of Welding Box | | | C – 402, 403, 901 | | |
| 711 | Picture of Welding Box | | | C – 402, 403, 901 | | |
| 712 | Picture of Welding Box | | | C – 402, 403, 901 | | |
| | ANY EXHIBIT ON DEFENDANT'S EXHIBIT LIST | | | | | |
| | DEMONSTRATIVE EXHIBITS - CALENDARS, CHARTS, etc. | | | | | |
| | EXHIBITS NECESSARY TO REBUT OR IMPEACH UNANTICIPATED TESTIMONY | | | | | |
| | | | | | | |

| Ex. No. | Description | Bates Nos. | Obj. | Cat. | Off'd | Adm. |
|---------|-------------|------------|------|------|-------|------|
| 1001 | Patton to Steinbach re termination and SDL | MW 000247-248 | | A | | |
| 1002a | FMLA Certification | MW 000360-366 | | A | | |
| 1002b | FMLA Certification | MW 000379-380 | | A | | |
| 1002c | FMLA Request | MW 000377-378 | | A | | |
| 1002d | FMLA Notice | MW 000374-375 | | A | | |
| 1002e | FMLA Certification | MW 000666-667 | | A | | |
| 1002f | FMLA Notice | MW 000669-672 | | A | | |

16

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 1003a | Doctor note | MW 000389-390 | | A | | |
| 1003b | Doctor note | P0562-563 | | A | | |
| 1003c | Doctor note | MW 0661 | | A | | |
| 1003d | Doctor note | P0564-565 | | A | | |
| 1003e | Doctor letter | MW 000668 | | A | | |
| 1003f | Doctor note | P0566 | | A | | |
| 1003g | Operative Report, hand surgery | P0568-570 | | A | | |
| 1003h | Doctor note | P0567 | | A | | |
| 1003i | Doctor note | P0625 | | A | | |
| 1003j | Operative Report, foot surgery | P0549-550 | | A | | |
| 1003k | Doctor note | P0626 | | A | | |
| 1003l | Doctor note | P0540 | | A | | |
| 1003m | Doctor note | P0533 | | A | | |
| 1003n | Doctor letter | MW 000674 | | A | | |
| 1003o | Doctor note | P0526 | | A | | |
| 1003p | Doctor letter | P0492-493 | | A | | |
| 1003q | Doctor note | P0527 | | A | | |
| 1003r | Doctor note - no restrictions | P0680 | | A | | |
| 1003s | Doctor note | P0631 | | A | | |
| 1003t | Doctor letter | MW 000693 | | A | | |

17

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| 1003u | Doctor note | P0516 | | A | | |
| 1003v | Doctor note | P0515 | | A | | |
| 1003w | Doctor note | MW 000752 | | A | | |
| 1004a | Urgent Care - no restrictions | MW 000358 | | A | | |
| 1004b | Urgent Care - no restrictions | MW 000384 | | A | | |
| 1004c | Urgent Care - no restrictions | MW 000391 | | A | | |
| 1004d | Doctor note - no restrictions | MW 000662 | | A | | |
| 1004e | Doctor note - no restrictions | MW 000674 | | A | | |
| 1004f | Doctor letter | MW 000698 | | A | | |
| 1004g | Dr. Ryan letter | MW 000732 | | A | | |
| 1005 | | | | ? | | |
| 1006 | | | | ? | | |
| 1007 | | | | ? | | |
| 1008 | Physical Therapy Records | SSA 000270-280, 266-269 | | A | | |
| 1009 | Plaintiff's Answers to Interrogatories | | | A | | |
| 1010 | Change from Controller to Rework Coordinator | MW 000171 | | A | | |
| 1011 | Text messages between Suzanne and David Steinbach | P396 | | A | | |
| 1012 | Employee Classification Profile for Rework Coordinator | MW 000088-120 | | A | | |
| 1013 | Spider Hanger Exit Test | MW 000184-185 | | A | | |

| Ex. No. | Description | Bates Nos. | Objections | Cat. | Off'd | Adm. |
|---------|-------------|------------|------------|------|-------|------|
| 1014 | SSA Work Activity Report | SSA 000093-102 | | A | | |
| 1015 | SSA Disability Determination and Explanation | SSA 000003-11 | | A | | |
| 1016 | Bothwell Regional Medical Center Records | SSA 000156-164 | | A | | |
| 1017 | Missouri Unemployment Determination | P0915 | | C - 402, 403, 901, R.S.Mo. § 288.215 | | |
| 1018 | Suzi's written statement re Mark Belch | MW 000999-1002 | | B – 402, 403 | | |
| 1019 | Text messages between Suzanne and David Steinbach | P1682-1685 | | A | | |
| 1020 | Maxion Employment Policies | MW 000823-825 | | A | | |
| 1021 | Receipt for Employee Handbook and Code of Ethics | MW 000128-129 | | A | | |

19

## B. Defendant's Exhibit List

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 1. | Flexible Staffing Temp Agency Documents MAXION WHEELS 000001-000011 | | A | | |
| 2. | Steinbach Application for Employment MAXION WHEELS 000014-000017 | | A | | |
| 3. | Orientation 2016 MAXION WHEELS 001627-001662 | | A | | |
| 4. | Steinbach Performance Evaluation 2016 - 2017 P0129-P0130 (Depo Ex 578) | | A | | |
| 5. | Facebook Message on 10/19/17 between Plaintiff and David Steinbach P1682-P1685 (Depo Ex 19) | MIL1,3 | C | | |
| 6. | Job Posting Rework Coordinator 10/2017 | | A | | |
| 7. | Job Posting Manufacturing Controller 10/5/17 MAXION WHEELS 0000945-947 | 402, 403 | B | | |
| 8. | Email from Westerdale to Angle and Patton with bids MAXION WHEELS 000980, 000987-988 | 402, 403 | B | | |
| 9. | Job Posting Manufacturing Controller 10/25/17 MAXION WHEELS 0000948-950 | 402, 403 | B | | |
| 10. | Job Opportunity Posting 11/8/17 MAXION WHEELS 000985 | 402, 403 | B | | |
| 11. | Email from Westerdale to Patton and Dixon MAXION WHEELS 000976 | 402, 403 | B | | |
| 12. | Job Posting Manufacturing Controller 12/8/17 MAXION WHEELS MAXION WHEELS 000951-953 | 402, 403 | B | | |
| 13. | Job Opportunity Posting 12/11/17 MAXION WHEELS 000981 | 402, 403 | B | | |
| 14. | Manpower Emails 9/27/16-11/21/17 MAXION WHEELS 001606-001620; 000979 | 402, 403 | B | | |
| 15. | Manpower Email 9/27/16 MAXION WHEELS 001606-1608 | 402, 403 | B | | |
| 16. | Manpower Email 9/29/16 MAXION WHEELS 001609-161 | 402, 403 | B | | |
| 17. | Manpower Email 10/11/16 MAXION WHEELS 001612-1613 | 402, 403 | B | | |
| 18. | Manpower Email 8/31/17 MAXION WHEELS 001614 | 402, 403 | B | | |
| 19. | Manpower Email 10/13/17 MAXION WHEELS 001615 | 402, 403 | B | | |

20

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 20. | Email Re Rework Info 10/17/17 MAXION WHEELS 001616 | 402, 403 | B | | |
| 21. | Manpower Email 10/20/17 MAXION WHEELS 001617 | 402, 403 | B | | |
| 22. | Manpower Email 10/25/17 MAXION WHEELS 001618 | 402, 403 | B | | |
| 23. | Manpower Email 10/27/17 MAXION WHEELS 001619 | 402, 403 | B | | |
| 24. | Manpower Email 10/27/17 MAXION WHEELS 001620 | 402, 403 | B | | |
| 25. | Manpower Email 11/21/17 MAXION WHEELS 000979 | 402, 403 | B | | |
| 26. | Emails from 12/5/17-12/18/17 re Steinbach FMLA, Medical Visits, RTW, and Restrictions (December Emails) | 402, 802 | C | | |
| 27. | Email to Dr. Ellefsen from Maxion with ECP for Rework Coordinator's physical Requirements dated 12/14/17 MAXION WHEELS 000603-000616 (Depo Ex 517) | 402, 403 | B | | |
| 28. | Letter from Dr. Ellefsen dated 12/19/2017 - Not work related MAXION WHEELS 000627 | MIL3, 402, 403 | C | | |
| 29. | FMLA Documents October 2017 MAXION WHEELS 000360-000366 (part of Depo Ex 2) | 402, 403 | B | | |
| 30. | FMLA Documents December 2017 MAXION WHEELS 000374-000380 (part of Depo Ex 2) | 402, 403 | B | | |
| 31. | FMLA Documents January 2018 MAXION WHEELS 000666-000672 (part of Depo Ex 2) | | A | | |
| 32. | RTW Notes dated 10/5/17 MAXION WHEELS 000358 | 402, 403 | B | | |
| 33. | RTW Note dated 12/5/17 MAXION WHEELS 000384 | | A | | |
| 34. | RTW Note dated 12/12/17, MAXION WHEELS 000391 | | A | | |
| 35. | RTW Note dated 12/27/17 MAXION WHEELS 000662 | | A | | |
| 36. | RTW Note 6/6/18 MAXION WHEELS 000674 | | A | | |
| 37. | Work Status Notes to Remain Off Work dated 1/31/18; 6/26/18; 7/11/18; 8/28/18 (Work Status Notes) | | A | | |

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 38. | Medical Records for Plaintiff from Dr. Ellefsen for dates of service: 12/12/17; 12/13/17; 12/27/17; 1/10/18; 1/31/18; 2/20/18; 3/1/18; 3/13/18; 4/3/18; 4/19/18; 4/25/18; 5/9/18; 6/5/18; 6/19/18; 6/27/18; 8/1/18; 8/9/18 (part of Depo Ex 3) | MIL3,4, 402, 403 | C | | |
| 39. | Medical Records for Plaintiff from Dr. Ellefsen for dates of service: 10/9/18; 2/19/19; 8/7/19 (part of Depo Ex 3) | MIL3,4, 402, 403 | C | | |
| 40. | Physical Therapy Records from SERC, Brandon Fletcher dated 3/16/18; 3/20/18; 4/26/18 MAXION WHEELS 000266-000280 (Depo Ex 8) | 402 | C | | |
| 41. | Attending Physician Statements from Dr. Ellefsen to The Hartford for 2/6/18; 2/19/18; 3/21/18; 4/23/18; 5/10/18; 6/6/18; 7/25/18; 10/29/18 (Statements) | MIL4 | C | | |
| 42. | Records from Social Security Administration including Medical Records for Steinbach from Dr. Ryan for dates of service: 8/27/18; 8/31/18; and 9/7/18  SSA 000170-000214 | 402,403 | C | | |
| 43. | Emails between Management Employees re Steinbach dated 1/31/18-4/26/18 Emails | | A | | |
| 44. | Thomas Email re Vacation (Depo Ex 574) | | A | | |
| 45. | Email from Dixon to Angle and Woolery on 6/6/18 re Steinbach back to Work MAXION WHEELS 001766 | | A | | |
| 46. | Calendar Note on 6/6/18 re Steinbach returning to work early MAXION WHEELS 000677 | 402, 802 | C | | |
| 47. | Email from Nations to Management Employees on 6/6/18 re Gloves for Steinbach | | A | | |
| 48. | Picking Ticket for New Gloves purchased for Steinbach on 6/6/18 by Nations (Depo Ex 581) | | A | | |
| 49. | June and July 2018 Manning Sheets MAXION WHEELS 001792-001832 (Depo Ex 508) | | A | | |
| 50. | June 2018 Downtime Line Report MAXION WHEELS 1723-1752 (Depo Ex 509) | 402 | B | | |
| 51. | Chart listing each line that was running in June 2018 (Depo Ex 531) | 402 | B | | |
| 52. | List of Employees in Finishing Department June 2018 (Depo Ex 534) | 402 | B | | |

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 53. | Rework Report June 2018 MAXION WHEELS 001833 (Depo Ex 536) | 802, 1006 | C | | |
| 54. | June 2018 PD Emails/Notes re Afts to Mids from Thomas MAXION WHEELS 1872-1896 (Depo Ex 571) | | A | | |
| 55. | ECP for Mathew Diederich MAXION WHEELS 001693-001722 (Depo Ex 510) | | A | | |
| 56. | Emails Dixon/Management Employees on 6/14/18 re Steinbach call in and Off Work until Eval MAXION WHEELS 001767-001769 | MIL4 | B | | |
| 57. | Email Reply from Dixon to Thomas on 6/18/18 re Call in Code for Steinbach MAXION WHEELS 000675-000676 | 802 | C | | |
| 58. | Email from Dixon to Management Employees on 6/18/18 re Follow-up call with Steinbach MAXION WHEELS 001770 (Depo Ex 520) | 802 | C | | |
| 59. | Email from Dixon to Management Employees on 6/19/18 re Steinbach off work – extending STD, with Ellefsen Note attached MAXION WHEELS 000678-000679 (Redacted) | | B | | |
| 60. | Email Dixon/Steinbach on 6/20/18 and 6/21/18 re scheduled follow-up with Dr. Ellefsen and attached Note 6/26/18 MAXION WHEELS 001677-001679 | | B | | |
| 61. | Email Dixon/Patton on 6/26/18 re Steinbach extension of STD MAXION WHEELS 001771 (Depo Ex 524) | | B | | |
| 62. | Email from Dixon to Management Employees on 6/28/18 re Steinbach off until 7/11/18 and extension of STD MAXION WHEELS 000681 | MIL4 | C | | |
| 63. | Dr. Ellefsen Note for Steinbach to remain off work until 7/11/18 MAXION WHEELS 000680 | | A | | |
| 64. | Email from Dixon to Management Employees on 7/25/18 re an extension of STD for Steinbach and removal of attendance points MAXION WHEELS 000682 | MIL4 | C | | |
| 65. | Email from Dixon to Management Employees on 7/27/18 re Steinbach's STD ending on 8/8/18 MAXION WHEELS 000683 | MIL4 | C | | |
| 66. | Letter from Dixon to Steinbach on 8/3/18 to provide follow-up information from her doctor on her RTW Status MAXION WHEELS P0107 (Depo Ex 554) | | B | | |

FP 38428384.1

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 67. | Email from Steinbach to Dixon on 8/9/18 forwarding Dr. Ellefsen's Letter referring Steinbach to Dr. Ryan MAXION WHEELS 000691-000693 | MIL3 | C | | |
| 68. | Email Dixon/Ellefsen on 8/9/18 and 8/10/18 re Steinbach's medical condition not related to current LOA MAXION WHEELS 000702-000703 | MIL3 | C | | |
| 69. | Email from Dixon to Steinbach on 8/10/18 to follow-up after 8/15/18 appt with Dr. Ryan MAXION WHEELS 000704-000706 | 402 | C | | |
| 70. | Email Dixon/Ellefsen on 8/13/18 re date of referral to Dr. Ryan MAXION WHEELS 000707-000709 | 402 | C | | |
| 71. | Email from Dixon to Steinbach on 08/13/18 instructing her to get a letter from Dr. Ryan re her RTW status and restrictions MAXION WHEELS 000710-000712 | 402 | C | | |
| 72. | Email from Steinbach to Dixon on 08/16/18 and reply re Change of Appt w/ Dr Ryan MAXION WHEELS 000716-000719 | 402 | C | | |
| 73. | Emails Dixon/Steinbach on 8/28/18 re Dr. Ryan appt MAXION WHEELS 000728-000731 | 402 | C | | |
| 74. | Letter from Dr. Ryan on 8/28/18 re Steinbach's RTW Status "Unknown at this time" MAXION WHEELS 000732 | 402 | C | | |
| 75. | Letter from Patton to Steinbach on 8/29/18 Terminating her Employment effective 8/30/18 MAXION WHEELS 000247-000248 (Depo Ex 1) | | A | | |
| 76. | LOA History Timeline MAXION WHEELS 000297 | | A | | |
| 77. | ECP Rework Coordinator (Depo Ex 12) MAXION WHEELS 000088-000120 | | A | | |
| 78. | Employee Handbook 2014 (Depo Ex 528) MAXION WHEELS 000818-000858 | | A | | |
| 79. | Employee Handbook signed Acknowledgment MAXION WHEELS 000129 (Part of Depo Ex 21) | | A | | |
| 80. | Code of Ethics Signed Acknowledgment MAXION WHEELS 000128 (Part of Depo Ex 21) | | A | | |
| 81. | Maxion EEO, Harassment, and Discrimination Policies MAXION WHEELS 000823-000825 (Depo Ex 20) | | A | | |

FP 38428384.1

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 82. | Standards of Conduct Policy MAXION WHEELS 000859-000862 | | A | | |
| 83. | Attendance Policy 2013 MAXION WHEELS 000868-000870 | | A | | |
| 84. | Attendance Policy 2018 MAXION WHEELS 000863-000867 | | A | | |
| 85. | LTD Policy MAXION WHEELS 000902-000941 | | A | | |
| 86. | Standard Operating Instructions – Hanging Disks (Spiders) MAXION WHEELS 000886-000888 | | A | | |
| 87. | Standard Operating Instructions – Racking and Inspecting Rims MAXION WHEELS 000881-000885 | | A | | |
| 88. | Standard Operating Instructions – Spearing MAXION WHEELS 001789-001791 (Depo Ex 533) | | A | | |
| 89. | Plaintiff's Answers to Defendant's Interrogatories (State Case) (Depo Ex 9) | MIL2 | C | | |
| 90. | SSA – Work Activity Report SSA 000093-000102 (Depo Ex 14) | MIL4 | C | | |
| 91. | SSA – Disability Determination Explanation SSA 000003-000011 (Depo Ex 15) | MIL4 | C | | |
| 92. | Bothwell Medical Records SSA 000156-000164 (Depo Ex 16) | 402,403 | C | | |
| 93. | DOL Questionnaire P2119-P2120 | 402 | C | | |
| 94. | DOL Unemployment Weekly Questions P2127 | 402 | C | | |
| 95. | Hartford Plaintiff Questionnaire P0890-P0893 | MIL4 | C | | |
| 96. | Property Pass Slips MAXION WHEELS 001278-001284 (Depo Ex 547) | 402 | C | | |
| 97. | Map of Plant | | C-UNSEEN | | |
| 98. | Plant Photos | | C-UNSEEN | | |
| 99. | Spearing Video 1 MAXION WHEELS 001753 | | A | | |
| 100. | Spearing Video 2 MAXION WHEELS -001754 | | A | | |
| 101. | Rework Demonstration Video MAXION WHEELS 001755 | | A | | |
| 102. | Training Matrix Depo Ex 535 | 402 | B | | |
| 103. | Charge of Discrimination 10/25/18 | 402, 403 | B | | |
| 104. | Work Comp Claim 11/20/18 | MIL3 | C | | |
| 105. | Work Comp Deposition Transcript 9/23/19 | MIL3 | C | | |

FP 38428384.1

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 106. | Court Records for 9/16/18 Domestic Violence Charges against David M. Steinbach (Depo Ex I) | 402,403 | C | | |
| 107. | Protective Order granted 9/26/18 filed by Plaintiff against David M. Steinbach for Domestic Violence (Depo Ex J) | 402,403 | C | | |
| 108. | Termination of Protective Order against David M. Steinbach on 2/15/19 at the request of Plaintiff (Depo Ex K) | 402,403 | C | | |
| 109. | Steinbach Facebook messages with David Steinbach 12/16/16-6/23/18 (Depo Ex H) | 402,403 | C | | |
| 110. | Steinbach Facebook messages with David Steinbach 12/7/18-3/11/19 (Depo Ex G) | 402,403 | C | | |
| 111. | Steinbach Facebook messages with David Steinbach 10/27/17-11/27/17 (Depo Ex F) | 402,403 | C | | |
| 112. | Steinbach Facebook messages with David Steinbach 2/10/17-6/24/18 (Depo Ex E) | 402,403 | C | | |
| 113. | Steinbach Facebook messages with "Dave Diggler's 11/11/18-11/12/18 (Depo Ex D) | 402,403 | C | | |
| 114. | Photo of Welding Project for Sale on Facebook (Depo Ex L) | 402 | B-402 | | |
| 115. | Facebook Marketplace Ad for Welded Heavy Doors December 2017 P418-P419 | | C-UNSEEN | | |
| 116. | 5/25/16 Shift Preferences Form MAXION WHEELS 000130 | | A | | |
| 117. | Plant Work Instructions – Job Disqualification (Depo Ex 569) MAXION WHEELS 000942-000943 | 402 | B-402 | | |
| 118. | Email from Thomas to Angle and Oswald on 1/5/17 re Plaintiff's Broken Tooth MAXION WHEELS 000352-000353; 000355 (Part of Depo Ex 583) | MIL3 | C | | |
| 119. | Thomas EOS Handwritten Notes re Steinbach's issue with tooth MAXION WHEELS 000354 (Part of Depo Ex 583) | MIL3 | C | | |
| 120. | Email from Oswald to Thomas on 1/5/17 re Plaintiff's tooth MAXION WHEELS 000356 (Part of Depo Ex 583) | MIL3 | C | | |
| 121. | EOS MIDS Production Notes for 9/23/16 re Plaintiff leaving shift for side effects from Dental Work MAXION WHEELS 000357 | MIL3 | C | | |
| 122. | Facebook Message on 3/24/17 between Plaintiff and David Steinbach P0396 (Depo Ex 11) | 402,403 | B | | |

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 123. | Text Messages between Patton and Steinbach re Hanging Rims and Shift Change P0311-P0321 | 402,403 | B | | |
| 124. | 10/23/17 Change Form – Move to Afts MAXION WHEELS 000243 (Depo Ex 505) | | A | | |
| 125. | 11/7/2017 Email to "Mrs Bitch" with Complaint about Balch P0138-P0139 | 403 | C | | |
| 126. | February to September 2017 Rework Activity Report MAXION WHEELS 001059-001121) | 402,403 | B | | |
| 127. | Rework Report 2016-2018 MAXION WHEELS 001122-001481 | | A | | |
| 128. | MIDS Daily Rework 10/3/16 to 11/1/17 P0665-P0670 (Depo Ex 504) | 402,403 | B | | |
| 129. | Thomas EOS Narratives 9/14/17; 9/27/17; 10/16/17 (Depo Ex 539) | 402, 403 | B | | |
| 130. | October to December 2017 Rework Report MAXION WHEELS 001131-001447 (Depo 608) | 402, 403 | B | | |
| 131. | October 2017 Manning Sheets P1144-P1148 (Depo Ex 605) | 402, 403 | B | | |
| 132. | September and October 2017 Manning Sheets and Narratives MAXION WHEELS 001482-001603 (Depo Ex 540) | 402, 403 | B | | |
| 133. | 12/13/17 8D Report P0134-P0137 (Depo Ex 584) | 402, 403 | B | | |
| 134. | Handwritten Statement by Thomas regarding Incident Description MAXION WHEELS 000648 | MIL3 | C | | |
| 135. | Email from Jones to Thomas re Notes taken during meeting with Steinbach to complete 8D Report MAXION WHEELS 000649-000650 | MIL3 | C | | |
| 136. | Email from Thomas to Thomas re Notes taken during meeting with Steinbach to complete 8D Report MAXION WHEELS 000651-000652 | MIL3 | C | | |
| 137. | Handwritten Statement by Tom Church on 12/21/17 MAXION WHEELS 000653-000654 | MIL3 | C | | |
| 138. | Email from McFarland to Management Employees on 12/21/17 re Steinbach's Request for a copy of her 8D Report MAXION WHEELS 000655-000660 | MIL3 | C | | |
| 139. | Ellefsen Note re Steinbach scheduled exam on 12/12/17 P0664 (Depo Ex 617) | MIL3 | C | | |
| 140. | Affidavit and records from Dr. Ellefsen for dates of service 2/19/19 and 8/7/19 ELLEFSEN 000001-000004 | MIL3, 402, 403 | C | | |

FP 38428384.1

| Ex No. | Defendant(s) Exhibits | Objections | Category A, B, C | Offered | Admitted (A), or Not Admitted (NA) |
|---|---|---|---|---|---|
| 141. | Affidavit for records from Dr. Ellefsen for dates of service 12/12/18-2/19/19 P510 | MIL3, 402, 403 | C | | |
| 142. | Affidavit and records from Dr. Ryan for dates of service 8/27/18; 3/31/18; and 9/7/18 RYAN 000001-000066 | MIL4, 402 | C | | |
| 143. | Plaintiff's Rule 26(a) Disclosures | | | | |
| 144. | Inventory of Welding Gear Issued to S. Steinbach MAXION WHEELS 001621-1626 | | | | |
| 145. | Inventory of Welding Gear Issued to S. Steinbach Between 10/17/2017 and 12/2/2017 MAXION WHEELS 001668 | | | | |
| 146. | Inventory of Welding Gear Issued to S. Steinbach Between Nov. 1, 2017 and June 8, 2018 MAXION WHEELS 002054-002055 | | | | |
| 147. | Demonstrative Exhibit – Plaintiff Operation video | | | | |
| 148. | Demonstrative Exhibit – Spear Gun Operation video | | | | |
| | All Deposition Exhibits | | | | |
| | Exhibits Necessary for Rebuttal | | | | |
| | Exhibits Listed by Plaintiff | | | | |
| | All demonstrative exhibits prepared by Defendant | | | | |

## VI.     Witnesses

   A.     Plaintiff's witnesses:

      1.     Suzie Steinbach
             Plaintiff – may be contacted thru counsel

      2.     Landon Estes
             30337 Ironwood Ave., Warsaw MO 65355
             660-223-2840

      3.     Mike Lewis
             1523 E. 6th Street, Sedalia, MO 65301
             660-281-3407

      4.     Don Hill
             401 Myrtle Street PO Box 55, Lamonte MO 65337
             660-596-1719

FP 38428384.1

        5.      Theresa Patton
                 Current Maxion employee

        6.      Kenny Angle
                 Current Maxion employee

        7.      Ralph Thomas
                 223 Phelps
                 Windsor, MO
                 660-647-2677

B.    Defendant's witnesses:

        1.      Theresa Patton, HR Supervisor

        2.      Angela Jones, Line Supervisor

        3.      Kenneth Angle, Operations Manager

        4.      Devin Nations, Process Leader

        5.      Ralph Thomas, Former Supervisor (Live or By Deposition)

        6.      Arlene Gilbert, Controller

        7.      Matthew Diederich, Former Rework Coordinator

        8.      Heidi Dixon, Benefits Specialist

## VII. Factual Issues

A.    Plaintiff's issues:

        1.      Whether defendant's assignment of plaintiff to spear off was retaliation for plaintiff's charge of discrimination and/or complaints of discrimination, retaliation or harassment.

        2.      Whether defendant's retaliation was outrageous either because of defendant's evil motive or reckless indifference to the rights of others, so as to make defendant liable for punitive damages.

        3.      The amount of plaintiff's damages.

FP 38428384.1

B.    Defendant's issues:

1.    Whether plaintiff reasonably believed that she was being harassed/discriminated against based on her gender.

2.    Whether plaintiff's assignment to the task of spearing was materially adverse such that a reasonable worker in the same or similar circumstances would be dissuaded from making or supporting a charge of discrimination.

3.    Whether defendant assigned plaintiff to the task of spearing because plaintiff filed a charge with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission on February 2, 2018.

4.    Whether plaintiff was damaged as a direct result of the alleged retaliation.

5.    Whether defendant assigned plaintiff the task of spearing because of the staffing needs at the plant as an exercise of sound business judgment without regard to plaintiff's filing of a charge of discrimination with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission on February 2, 2018

6.    Whether Plaintiff's claim for damages based on emotional distress are barred in whole or in part because her emotional distress was the result of other causes unrelated to her claim of retaliation.

7.    Whether Defendant's alleged conduct was outrageous because of Defendant's evil motive or reckless indifference to the rights of others.

## VIII.  Legal Issues

A.    Plaintiff's issues:

1.    None.

B.    Defendant's issues:

1.    Whether Plaintiff's assignment to the task of spearing constitutes an adverse employment action as a matter of law.

2.    Whether Plaintiff can establish a causal relationship between her charge of discrimination filed with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission on February 2, 2018 and her assignment to the task of spearing.

3.    Whether a reasonable jury would have a legally sufficient evidentiary basis to find in favor of Plaintiff on her retaliation claim.

30

4.     Whether a reasonable jury would have a legally sufficient evidentiary basis to find in favor of Plaintiff on her claim for punitive damages.

5.     Whether Plaintiff's claim for damages are barred, in whole or in part, by the workers' compensation exclusive remedy under R.S.Mo. § 287.120(2).

6.     Whether Plaintiff should be precluded from seeking damages for physical pain because she failed to disclose this element of damages in her Rule 26(a) disclosures.

7.     Whether Plaintiff can recover damages for physical pain under the Missouri Human Rights Act.

**IX.     Unusual Evidentiary Questions**

A.     Plaintiff's unusual evidentiary issues:

1.     The extent to which defendant can refer to or comment about plaintiff's separate lawsuit and/or worker's compensation claim. Doc.49, MILs 3 and 5.

2.     Whether defendant can refer to plaintiff's application for Social Security disability benefits and/or plaintiff's receipt of short term disability benefits from The Hartford. Doc. 49, MIL 4.

B.     Defendant's unusual evidentiary issues:

1.     Whether Plaintiff should be permitted to offer evidence related to her lawsuit pending in the Circuit Court of Pettis County, Missouri, *Steinbach v. Maxion Wheels Sedalia, LLC*, Case No. 18PT-CC00253. *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(A), pp. 3 – 6.

2.     Whether Plaintiff should be permitted to offer evidence regarding the allegations of discrimination, harassment and retaliation on which she filed her first charge of discrimination with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission on February 2, 2018. *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(B), pp. 6 – 7.

3.     Whether Plaintiff should be precluded from offering evidence of alleged racially derogatory comments. *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(C), pp. 7 – 8.

31

4.  Whether Plaintiff should be precluded from offering lay opinion testimony that performing certain job duties while working for Defendant caused her physical injuries, required that she undergo surgery and eventually led to her disability. *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(D), pp. 8 – 9.

5.  Whether Plaintiff should be precluded from offering evidence regarding the December 12, 2018 letter from the Missouri Division of Employment Security. *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(E), pp. 10 – 11.

6.  Whether Plaintiff should be precluded from offering opinion, speculation and conclusory testimony that "Maxion wanted me gone" or that "Maxion … retaliated by assigning me spearing on and spearing off." *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(F), p. 11.

7.  Whether Plaintiff should be precluded from offering hearsay evidence that employees told her that "they are probably going to make your job so hard that you are either going to want to quit or they are going to lay you off."

8.  Whether Plaintiff should be precluded from offering evidence that Defendant terminated her employment in retaliation for her filing a charge of discrimination with the Missouri Commission on Human Rights and the Equal Employment Opportunity Commission on February 2, 2018. *See* Defendant's Suggestions in Support of Motion in Limine (Doc. 51) at Sec. II(F), p. 11.

Date:  August 27, 2020

Respectfully submitted:

/s/ Martin M. Meyers
Martin M. Meyers      MO Bar No.
THE MEYERS LAW FIRM, LC
4435 Main Street, Suite 503
Kansas City, MO 64111
Phone:  86.444.8500
Facsimile:  816.444.8508
Email:  mmeyers@meyerslaw.com

Kirk Rahm  MO Bar No. 22530
RAHM, RAHM & MCVAY, P.C.
511 Foster Lane
Warrensburg, MO 64093
Phone:  660.747.5152
Facsimile:  660.747.1242
Email:  kirk@rahmlaw.com

ATTORNEYS FOR PLAINTIFF SUZANNE
STEINBACH

/s/  J. Randall Coffey
J. Randall Coffey      MO Bar No. 35070
James C. Sullivan      MO Bar No. 38318
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL:  (816) 842-8770
FAX:  (816) 842-8767
Email:

ATTORNEY FOR DEFENDANT
MAXION WHEELS SEDALIA LLC

33

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August 2020, I caused the above and foregoing to be filed electronically using the Court's CM/ECF system which will provide electronic notification to the following parties of record for Plaintiff:

Martin M. Meyers
THE MEYERS LAW FIRM, LC
4435 Main Street, Suite 503
Kansas City, MO 64111
Phone:  86.444.8500
Facsimile:  816.444.8508
Email:  mmeyers@meyerslaw.com

Kirk Rahm  MO
RAHM, RAHM & MCVAY, P.C.
511 Foster Lane
Warrensburg, MO 64093
Phone:  660.747.5152
Facsimile:  660.747.1242
Email:  kirk@rahmlaw.com

ATTORNEYS FOR PLAINTIFF SUZANNE STEINBACH


*/s/  J. Randall Coffey*
Attorney for Defendant

FP 38428384.1